No. 06-15-00075-CV

IN THE

SIXTH COURT OF APPEALS

at TEXARKANA

GARY DAVID BRAY, et al.,

v.

GREGORY L. FENVES

Appealed from the 53rd District Court of
Travis County, Texas

_____

APPELLANTS' MOTION FOR LEAVE TO
FILE AMENDED BRIEF

_____

FILED IN
The Court of Appeals
Sixth District
December 8, 2015
Texarkana, Texas
Debra K. Autrey, Clerk

Appellants, Gary David Bray, et al, file this their Motion for Leave to File Amended Brief, and would respectfully show as follows:

1.      This appeal arises from the trial court's rulings on preliminary matters, but in particular the trial court's erroneous granting of a plea to the jurisdiction of appellee/defendant below.

2.      Since appellants' filing of their original brief in this Court, they have identified significant additional statutory and

case law which warrant consideration by this Court and which may require inclusion and briefing of one or more additional points of error. Appellants do not request this leave lightly or for the purposes of delay. To the contrary, appellants contend that the subject matter below and for this appeal is of such profound and unique significance for Texas colleges, universities and other state institutions with monuments on their property that leave granted to appellants to file an amended brief will serve the interests of justice.

3. Accordingly, appellants request leave of this Court to amend their brief within thirty (30) days to provide additional briefing that appellants believe will assist the Court in considering their appeal. If the granting of leave necessitates resetting the appellate briefing schedule for this matter, appellants further request that the Court adjust the briefing schedule such that all parties, including appellee, are afforded a full and sufficient opportunity to prepare and file their briefs.

4. Counsel for appellants have conferred with counsel for appellee on this motion. Counsel for appellee will respond to this motion, once she has reviewed it.

## PRAYER

Appellants respectfully request leave of this Court to file an amended brief within thirty (30) days or such time as this Court deems appropriate and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

/s/ C.L. Ray
C.L. Ray
Texas Bar No. 00000034
604 Beardsley Lane, Suite 100
Austin, TX 78746
Tel. (512) 328-9238
Fax (512) 857-0606
clray4523@hotmail.com

Associate Counsel for Appellants

## CERTIFICATE OF SERVICE

I certify that a copy of Appellants' Motion for Leave to File Amended Brief was served on lead counsel of the parties, Kirk David Lyons, Attorney in Charge for appellants, and Mariel T. Puryear, Office of the Texas Attorney General, via email (kdl@slrc-csa.org and mariel.puryear@texasattorneygeneral.gov, respectively) and via efile.txcourts.gov on December 8, 2015.

/s/ C.L. Ray